INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ———    *Resuelto:* 10 de junio de 1994

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 3(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. I-A, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso:

*De 1ro de julio a 12 de agosto*
Juez Asociado Señor Francisco Rebollo López (Pres.)
Juez Asociada Señora Miriam Naveira de Rodón
Juez Asociado Señor Jaime B. Fuster Berlingeri

*De 19 de agosto a 30 de septiembre*
Juez Asociado Señor Antonio S. Negrón García (Pres.)
Juez Asociado Señor Federico Hernández Denton
Juez Asociado Señor Rafael Alonso Alonso

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que integren las salas que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*